JS 44 (Rev. 06/17)  **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Davoud Baravordeh and DB Enterprises, Developers/Builders, Inc.

**DEFENDANTS**
Borough of Folcroft and Andrew Hayman, Township Manager

**(b)** County of Residence of First Listed Plaintiff: Delaware
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Delaware
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
James J. Byrne, Esq., McNichol, Byrne & Matlawski, P.C., 1223 N. Providence Rd., Media, PA 19063; 610-565-4322

Attorneys *(If Known)*
Suzanne McDonough, Esq., Holsten Associates, P.C., 115 N. Jackson St., Media, PA 19063; (610) 566-7183

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. § 1983 and 42 U.S.C. § 1981
Brief description of cause:
equal protection claim and Title VII discrimination claims and ancillary state claims

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE: 10/26/2023
SIGNATURE OF ATTORNEY OF RECORD: /s/Suzanne McDonough

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Davoud Baravordeh, et al. | : | CIVIL ACTION |
| v. | : | |
| The Borough of Folcroft, et al. | : | |
| | : | NO. 23-4130 |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255. ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits. ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks. (X)

| October 26, 2023 | Suzanne McDonough, Esq. | |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** Defendants |
| 610-566-7183 | 610-566-9168 | smcdonough@holstenassoc.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

**UNITED STATES DISTRICT COURT**
FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 255 E. Woodland Avenue, Springfield, PA 19064
Address of Defendant: 1555 Elmwood Avenue, Folcroft, PA 19032
Place of Accident, Incident or Transaction: 540-542 Folcroft Avenue, Folcroft, PA 19032
(*Use Reverse Side For Additional Space*)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))  Yes ☐  No X

Does this case involve multidistrict litigation possibilities?  Yes ☐  No X

*RELATED CASE, IF ANY*:
Case Number: _____  Judge: _____
Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes ☐  No X

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes ☐  No X

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes ☐  No X

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes ☐  No X

CIVIL: (Place _in_ ONE CATEGORY ONLY)

| A. *Federal Question Cases*: | B. *Diversity Jurisdiction Cases*: |
|---|---|
| 1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts | 1. ☐ Insurance Contract and Other Contracts |
| 2. ☐ FELA | 2. ☐ Airplane Personal Injury |
| 3. ☐ Jones Act-Personal Injury | 3. ☐ Assault, Defamation |
| 4. ☐ Antitrust | 4. ☐ Marine Personal Injury |
| 5. ☐ Patent | 5. ☐ Motor Vehicle Personal Injury |
| 6. ☐ Labor-Management Relations | 6. ☐ Other Personal Injury (Please specify) |
| 7. X Civil Rights | 7. ☐ Products Liability |
| 8. ☐ Habeas Corpus | 8. ☐ Products Liability — Asbestos |
| 9. ☐ Securities Act(s) Cases | 9. ☐ All other Diversity Cases |
| 10. ☐ Social Security Review Cases | (Please specify) _____ |
| 11. ☐ All other Federal Question Cases (Please specify) _____ | |

### ARBITRATION CERTIFICATION
(*Check Appropriate Category*)

I, Suzanne McDonough, _____, counsel of record do hereby certify:

    X Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

    ☐ Relief other than monetary damages is sought.

DATE: 10-26-23      /s/Suzanne McDonough      29394
                                 Attorney-at-Law                  Attorney I.D.#
**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court **except as noted above.**

DATE: 10-26-23      /s/Suzanne McDonough      29394
                                 Attorney-at-Law                  Attorney I.D.#

CIV. 609 (5/2012)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVOUD BARAVORDEH : | |
| AND : | |
| DB ENTERPRISES, DEVELOPERS/ : | |
| BUILDERS, INC. : | No. |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| THE BOROUGH OF FOLCROFT : | |
| AND : | |
| ANDREW HAYMAN, TOWNSHIP MANAGER: | |
| Defendants. : | |

## NOTICE OF REMOVAL

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA:**

1. Plaintiffs commenced a civil action by filing a Civil Action Summons in the Court of Common Pleas of Delaware County on February 6, 2023 with a Court term and number of CV-2023-001029 against the above-mentioned Defendants and the Summons was served on March 3, 2023.

2. A Complaint was filed on October 2, 2023, alleging an Equal Protection claim under 42 U.S.C. §1983 in Count I and a claim for discrimination under Title VII and 42 U.S.C. §1981 in Count II based on the individual plaintiff being a 74 year old Iranian/American Senior Citizen resident of the Commonwealth of Pennsylvania. There are two state claims for trespass and conspiracy in Counts III and IV. (A copy of the Complaint with its exhibits is attached hereto as Exhibit "A").

3. Defendant, Borough of Folcroft, is a local agency pursuant to the Pennsylvania Political Subdivision Tort Claims Act and has a principal place of business at 1555 Elmwood Ave., Folcroft, PA 19032. The individual defendant is the Township Manager for the Borough

of Folcroft.

4. This lawsuit is removable from the Court of Common Pleas of Delaware County to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. §§ 1331, 1441(b) and 1443, in that claims brought under the Fourteenth Amendment of the United States Constitution under 42 U.S.C. §1983, Title VII and 42 U.S.C. §1981 state a federal question and may be removed to federal court. *See* <u>Gottlieb v. Laurel Highlands School District,</u> 272 F.3d 168 ($3^d$ Cir. 2001).

5. Moving Defendants are represented by the undersigned counsel and consent to the removal of this action from the Court of Common Pleas of Delaware County to the United States District Court for the Eastern District of Pennsylvania.

6. This notice is timely filed within thirty (30) days of notice of Plaintiffs' Complaint, which was filed in the Court of Common Pleas on October 2, 2023 and was served upon Moving Defendants on thereafter.

**WHEREFORE,** Defendants, Borough of Folcroft and Andrew Hayman, Township Manager, request that the lawsuit filed in the Delaware County Court of Common Pleas be removed to the United States District Court for the Eastern District of Pennsylvania.

    Respectfully Submitted,
    HOLSTEN ASSOCIATES, P.C.


By: /s/Suzanne McDonough
    **SUZANNE McDONOUGH, ESQUIRE**
    **Attorney I.D. No: 29394**
    **115 N. Jackson Street**
    **Media, PA 19063**
    **(610) 566-7183**
    **Attorney for Defendants**

CERTIFICATE OF SERVICE

I, Suzanne McDonough, Esquire, attorney for Defendants, Borough of Folcroft and Andrew Hayman, Township Manager, hereby certify that a true and correct copy of the within Notice of Removal was served upon the following individual(s) electronic filing and e-mail this 27th day of October, 2023:

        James J. Byrne, Jr., Esquire
        McNichol, Byrne & Matlawski, P.C.
        1223 N. Providence Road
        Media, Pa.  19063
        Attorney for Plaintiff

        **HOLSTEN ASSOCIATES, P.C.**

By:    **/s/Suzanne McDonough**
       **Suzanne McDonough, Esquire**
       **Attorney for Defendants, Borough of**
       **Folcroft and Andrew Hayman**

3