IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARAVORDEH** : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 23-4130** |
| : | |
| **THE BOROUGH OF FOLCROFT, et al.** : | |
| : | |
| : | |

## ORDER

AND NOW, this 27th day of February 2024, upon consideration of Defendant's Motion to Dismiss (ECF No. 2) filed on November 3, 2023, and in the absence of any opposition filed by the Plaintiff, it is hereby ORDERED that, pursuant to Local Rule 7.1(c), Defendant's motion is GRANTED as uncontested. This matter is hereby DISMISSED.

BY THE COURT:

_____
Mia R. Perez U.S.D.J.